## ARMES *v.* CHAPPEL.

JUDGMENT.—APPEAL AFTER PAYMENT.—The payment of a judgment is not a waiver of the right of appeal.

APPEAL from the *Daviess* Common Pleas.

RAY, J.—The appellant sued the appellee before a justice of the peace. Answer, set-off. On the trial there was a finding and judgment for appellee. This judgment was, with the costs, paid; and subsequently, and within thirty days from the trial, an appeal was taken to the Court of Common Pleas. There, a motion to dismiss the appeal, because taken after payment of the judgment and costs, was overruled. An answer was then filed, averring the fact of such payment, and upon a demurrer being overruled to the same, judgment was rendered for the appellee.

In the case of *Dickensheets et al.* v. *Kaufman et al., ante p.* 251, we held that payment of a judgment was not a waiver of the right of appeal by the judgment defendant. The demurrer to the answer should have been sustained.

The judgment is reversed, with costs, and the cause remanded.

*J. W. Burton,* for appellant.